B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Western District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**INTEGRITY MANUFACTURING, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-8200221** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**300 HIGHWAY 44E**<br>**Shepherdsville, KY**<br>ZIP Code **40165** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bullitt** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **INTEGRITY MANUFACTURING, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **INTEGRITY MANUFACTURING, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ Julie Brown Apperson**
Signature of Attorney for Debtor(s)

**Julie Brown Apperson 81246**
Printed Name of Attorney for Debtor(s)

**APPERSON LAW OFFICE**
Firm Name

**4949 OLD BROWNSBORO RD, STE 295**
**LOUISVILLE, KY 40242-6424**

Address

**Email: japperson@epiqtrustee.com**
**502-327-1200  Fax: 775-257-8246**
Telephone Number

**September 11, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ RANDALL S. WALDMAN**
Signature of Authorized Individual

**RANDALL S. WALDMAN**
Printed Name of Authorized Individual

**MANAGING MEMBER**
Title of Authorized Individual

**September 11, 2009**
Date

In re  **INTEGRITY MANUFACTURING, LLC**                            ,   Case No. _____
                                 Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| Ronald B. Stone<br>Western District of Kentucky | 07-33601<br>Creditor | 12/22/06<br>Joan A. Lloyd |
| Ronald B. Stone<br>Western District of Kentucky | 07-03579<br>AP for recovery money/property | 12/07/07<br>Joan A. Lloyd |

Case 09-34631    Doc 1    Filed 09/11/09    Entered 09/11/09 13:07:56    Page 5 of 14

9/11/09 11:07AM

## United States Bankruptcy Court
### Western District of Kentucky

In re    **INTEGRITY MANUFACTURING, LLC**                                    Case No.
                                    Debtor(s)                                Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the MANAGING MEMBER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 11, 2009**            **/s/ RANDALL S. WALDMAN**
                                          **RANDALL S. WALDMAN**/**MANAGING MEMBER**
                                          Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

ACTION CAPITAL CORPORATION
PO BOX 56346
Atlanta, GA 30343

ACTION EQUIPMENT SALES
3921 BISHOP LANE
Louisville, KY 40218

ACTION MATERIAL HANDLING
1350 S. 15TH STREET
Louisville, KY 40210

ACTION OVERHEAD DOORS
375 BEECH GROVE ROAD
Shepherdsville, KY 40165

ADVANCE INDUSTRIAL ELECTRONIC
11903 PLANTSIDE DIRVE
Louisville, KY 40299

AIRGAS MID AMERICA INC.
304 PETERSON DRIVE
Elizabethtown, KY 42701

AIRO PLASTICS
5620 SHEPHERDSVILLE RD
Louisville, KY 40228

ALLIED TOOLS INC.
3901 BISHOP LANE
Louisville, KY 40218

ALRO STEEL CORP.
310 BOXLEY AVENUE
LOUISVILLE, KY 40209

AMAZING SIGNS & DESIGNS
4712 FOX CHASE DRIVE
Shepherdsville, KY 40165

AMERICAN EXPRESS
PO BOS 650448
Dallas, TX 75265-0448

AMERICAN SCALE CORP
3540 BASHFORD AVE
Louisville, KY 40218

ANTHEM BLUE CROSS BLUE SHIELD
15550 TRITON BLVD
Louisville, KY 40223

ARAMARK UNIFORM SERVICES
919 S. FLOYD STREET
Louisville, KY 40203

ARMOR CONTRACT MANUFACTURING
4600 N MASON-MONTGOMERY ROAD
Monroe, OH 45050

ARTISAN MOLD & MACHINING
128 CARTER AVE
Louisville, KY 40229

AUTOMATION CONSULTANTS, INC
43 COUNTRY VIEW
New Albany, IN 47150

BAPTISTWORX
3303 FERN VALLEY ROAD
Louisville, KY 40213

BETTER QUALITY BUSINESS SYSTEM
209 QUALITY AVE
New Albany, IN 47150

BLUEGRASS PALLET
265 HARSHFIELD LANE
Shepherdsville, KY 40165

BREHOB
100 PRODUCTION CT.
Louisville, KY 40299

BRIDGEFIELD CASUALTY COMPANY
C/O SUMMIT HOLDING SOUTHEAST INC.
2310 COMMERCE POINT DR
Lakeland, FL 33801

BULLITT COUNTY SHERIFF
PO BOX 205
Shepherdsville, KY 40165

BULLITT FIRE SPRINKLER INC.
149 BELANIA DR
Mount Washington, KY 40047

CABOODLE CARTRIDGE
3131 S 2ND STREET
Louisville, KY 40208

CAPSCO, INC.
2360 AMPERE DRIVE
Louisville, KY 40299

CARDINAL INTEGRATED SYSTEMS
1055 GRADE LANE
Louisville, KY 40213

CARDINAL MANUFACTURING  
225 EIFLER AVE  
PO BOX 14127  
Louisville, KY 40214  

CARLISLE TIRE  

CED  
334 E. DIXIE AVE  
Elizabethtown, KY 42701  

CENTRAL EXPANDED METAL, INC.  

CITATION  
4319 CRITTENDEN DRIVE  
Louisville, KY 40209  

CITY OF SHEPHERDSVILLE  
170 FRANK E SIMON AVE  
Shepherdsville, KY 40165  

CLARK & OSBORNE KENTUCKY  
1715 WATTERSON TRAIL  
Louisville, KY 40299  

CON-WAY FREIGHT, INC.  
6300 GEIL LANE  
Louisville, KY 40219  

CORRECT TEMP INC.  
274 GRAND LOOP DR.  
Mount Washington, KY 40047  

CRANE AMERICA SERVICES  
900 PROGRESS BLVD  
New Albany, IN 47150  

CRUSH BEARINGS & DRIVES  
1001 LEXINGTON ROAD  
Louisville, KY 40204  

CUSTOM SERVICE & DESIGN INC.  

DAYTON FREIGHT  
4001 RALPH AVE  
Louisville, KY 40211  

DELL FINANCIAL SERVICES  

DELTA STEEL & TUBE

DELUXE BUSINESS CHECKS

DERBY CITY ENGINEERING & INSP  
812 ULRICH AVE  
Louisville, KY 40219

DISH NETWORK  
412 DONALD PARK AVE  
Louisville, KY 40218

DIVISION OF CHILD SUPPORT  
Louisville, KY 40202

DIVISION OF UNEMPLOPYMENT INSURANCE  
SHEPHERDSVILLE SQUARE  
Shepherdsville, KY 40165

DOUGLAS STAMPING COMPANY  
14231 W 11 MILE ROAD  
Oak Park, MI 48237

EAGLE EXPRESS TRUCKING, INC.  
1300 BRUSSELLS ST  
Saint Marys, PA 15857

EAGLE PAPER INC.  
1031 LEXINGTON ROAD  
Louisville, KY 40204

EAGLE PEST CONTROL  
254 CIRCLECREST DR  
Louisville, KY 40299

EARLE M. JORGENSEN CO.  
10650 ALAMEDA STREET  
Lynwood, CA 90262

ECLIPSE BANK  
135 CHENOWETH LANE  
Louisville, KY 40207

ECLIPSE CREDIT CARD  
135 CHENOWETH LANE  
Louisville, KY 40207

ED MAYER ATTORNEY  
2525 BARDSTOWN ROAD  
Louisville, KY 40205

ELMER F

FASTENAL COMPANY
1030 S. NINTH STREET
Louisville, KY 40203

FLEXIBLE STAFFING SERVICES INC.
189 ADAM SHEPHERD PKWY
Shepherdsville, KY 40165

GRANGIER
333 S. PRESTON STREET
Louisville, KY 40202

GROTE INDUSTRIES
2600 LANIER DR
Madison, IN 47250

GUARDIAN
7 HANOVER SQUARE
H-26-E
New York, NY 10004

HAAS FACTORY OUTLET
WESTERN NY
2650 BAIRD ROAD
Fairport, NY 14450

INDUSTRIAL AIR CENTERS, INC.
731 E MARKETY STREET
Jeffersonville, IN 47130

INDUSTRIAL BELTING & TRANS
4061 MCCULLUM CT
Louisville, KY 40218

INGRAM BARGE
4400 HARDING ROAD
Nashville, TN 37205

INTEGRITY TRAILER
300 E HWY 44
Shepherdsville, KY 40165

INTERNAL REVENUE SERVICE
PO BOX 21126
Philadelphia, PA 19114

JAMES D. BALLINGER, ESQ
9720 PARK PLAZA AVENUE
SUITE 102
Louisville, KY 40241

JEFFERSON COUNTY SHERIFF
531 COURT PLACE
SUITE 604
Louisville, KY 40201

KAESER COMPRESSORS
5670 SHEPHERDSVILLE ROAD
Louisville, KY 40228

KENTUCKY ASSOCIATION OF MANUFACTURERS
514 W LIBERTY ST
Louisville, KY 40202

KENTUCKY DEPT OF REVENUE
Frankfort, KY 40602


KEY MECHANICAL SERVICE LLC
5402 VALLEY STATION ROAD
Louisville, KY 40272

KRAUTH ELECTRIC COMPANY
4742 ALLMOND AVE
Louisville, KY 40209

LABARGE PIPE AND STEEL CO.
500 N BROADWAY
Saint Louis, MO 63102

LASER EXPERTS
1421 ELMHURST ROAD
Elk Grove Village, IL 60007

LEASE CONSULTANTS CORPORATION
PO BOX 71397
DES MOINES, IA 50325

LEASING ONE CORP.
PO BOX 309
Frankfort, KY 40602-0309

LEASING ONE CORPORATION
220 BROADWAY #102
Lynnfield, MA 01940

LOUISVILLE GAS & ELECTRIC
701 S. NINTH STREET
Louisville, KY 40203

LOUISVILLE LUMBER & MILLWORK
1400 LINCOLN AVENUE
Louisville, KY 40213

LYNCH, COX, GILMAN & MAHAN PSC
500 W JEFFERSON ST
Louisville, KY 40202

MACHINE TRANSPORT, INC.
12306 NE 144 STREET
Kirkland, WA 98034

MCCAULEY NICOLAS & CO.

MILWAUKEE PRECISION CASTING

MOORE SECURITY

MOTOMAN, INC.

MSC INDUSTRIAL SUPPLY CO.
2210 GOLDSMITH LANE
Louisville, KY 40218

MTC EQUIPMENT FINANCE, LTD
1111 OLD EAGLE SCHOOL ROAD
Wayne, PA 19087

NATIONAL CITY BANK
101 SOUTH FIFTH STREET
Louisville, KY 40202

NATIONAL CITY BANK
PO BOX 4068
Kalamazoo, MI 49003

OHIO TRANSPORTATION & PUMP
1302 N. ENGLISH STATION RD
Louisville, KY 40223

ON-SITE ELECTROSTATIC PAINTING, INC.

ONEAL STEEL

PANTHER EXPEDITED SERVICES

PROLIFT INDUSTRIAL EQUIPMENT
12001 PLANTSIDE DRIVE
Louisville, KY 40299

QWEXPRESS

R&L CARRIERS, INC.
7221 GREENWOOD RD
Louisville, KY 40258

RAL ROBOTICS INV. GROUP

RANDALL S. WALDMAN
18719 WETHERFORD CIRCLE
Louisville, KY 40245

RAYMOND DAUENHAUER
1303 LEIGHTON COURT
LOUSIVLLE, KY

RBI BEARING
1055 STEVENSON COURT 102 W
Roselle, IL 60172

REGIONAL HELPWANTED.COM INC.


REPUBLIC BANK & TRUST COMPANY
661 S HURSTBOURNE PKWY
PO BOX 70749
Louisville, KY 40222-5040

REPUBLIC BANK & TRUST COMPNAY
601 W MARKET STREET #100
Louisville, KY 40202

RICHLAND CENTER FOUNDRY
1000 FOUNDRY DR E
Richland Center, WI 53581

RUMPKE
1101 W OAK ST
Louisville, KY 40210

SECURA INSURANCE COMPANIES
2401 SOUTH MEMORIAL DRIVE
Appleton, WI 54915

SHELBY INDUSTRIES
175 MCDANIELS ROAD
Shelbyville, KY 40065

SHERWIN WILLIAMS CO
4406 SHELBYVILLE RD
Louisville, KY 40207

SHRED IT
10115 PRODUCTION CT
Louisville, KY 40299

SIGMATEK
1445 KEMPER MEADOW DR.
Cincinnati, OH 45240

SMILEY'S TOOL SUPPLY & REPAIR
4552 POPLAR LEVEL ROAD
Louisville, KY 40213

```
SOLUTION DYNAMICS
PO BOX 866
Brookfield, WI 53008

STAPLES


SUNBELT RENTALS


TRIPLE C TRUCKING INC.


US ATTORNEYS OFFICE
510 WEST BROADWAY
10TH FLOOR
Louisville, KY 40202

USF HOLLAND
750 E 40TH STREET
Holland, MI 49423

VERISON
1190 E KENTUCKY STREET #131
Louisville, KY 40204

WARD FORGING COMPANY, INC.
3311 E. LUTHER RD
New Albany, IN 47150

WAVERLY FABRICATION


WAYNE BLACK OXIDE
4505 EXECUTIVE BLVD
Fort Wayne, IN 46808

WELDERS SUPPLY CO. OF LOU INC.
335 BOXLEY AVENUE
Louisville, KY 40209

WELDING & THERAPY SERVICE
5010 CRITTENDEN DRIVE
Louisville, KY 40209

WINSTREAM
200 ABRAHAM FLEXNER WAY
Louisville, KY 40202
```