# Trustee's Preferred Methodology For Document Turnover

| Trustee | Preferred Method for Turnover | Trustee's Contact Information |
|---|---|---|
| **Louisville** | | |
| William Stephen Reisz | Electronic documents via email | wsreisz@gmail.com |
| John Wilson | Paper Documents; No faxes or electronic documents | 6008 Brownsboro Park Blvd. Suite A, Louisville, KY 40207–1295 502–899–4725 |
| Michael E. Wheatley | Electronic documents via email; Paper documents or Documents on CD/DVD via mail; NO FAXES | 2 Anchorage Pointe, Louisville, KY 40223 502–744–6484 mwheatley@insightbb.com |
| Gordon A. Rowe, Jr. | Electronic documents only; Paper documents accepted for *pro se* debtors only | Starks Bldg. Suite 1430, 455 S 4th St, Louisville, KY 40202 gartrustee@bellsouth.net; 502–584–0555 |
| Robert W. Keats | Paper documents; electronic documents via email; NO FAXES | PO Box 221377 Louisville, KY 40252–1377; 502–587–8787; rkeats@bellsouth.net |
| Julie Brown Apperson | Electronic documents via email; copy of the order and date/time of the 341 mtg as the first document other documents by separate PDF attachments in numerical sequence with line item in order | japperson@epiqtrustee.com |
| Randy Scherer | Electronic documents via email | scherer.trustee@insightbb.com |
| William W. Lawrence | Electronic documents via email only | 300 Legal Arts Bldg, 200 S 7th St, Louisville, KY 40202; 502–583–4484; william.lawrence@psinet.com |
| **Paducah** | | |
| Alan C. Stout | Electronic documents via email | dstout@stoutlaw.com |
| Deborah B. Simon | Electronic documents via email; Paper documents or documents on CD/DVD via mail; NO FAXES | 333 Broadway, Suite 607, Paducah, KY 42001–0270; 270–443–0340; 270–443–3818; trustee@dbsimonlaw.com |
| **Bowling Green** | | |
| Jerry A. Burns | Via email, by Adobe Acrobat & Bookmarked | burnstrustee@bellsouth.net |
| Mark H. Flener | Electronic format via email | mflener@bellsouth.net deannalancaster@bellsouth.net |
| **Owensboro** | | |
| Roberta Dunlap | Electronic format via email | rdunlaptrustee@courtbuilding.com |
| Russ Wilkey | Electronic format | twilkey@wilkeylaw.com |
| Harry L. Mathison | Prefer emailed documents | hmathison@kdblaw.com |

# CERTIFICATE OF NOTICE

```
District/off: 0644-3          User: tpreston          Page 1 of 1          Date Rcvd: Sep 14, 2009
Case: 09-34631                Form ID: 254            Total Noticed: 1
```

The following entities were noticed by first class mail on Sep 16, 2009.
```
db           +Integrity Manufacturing, LLC,   300 Highway 44E,   Shepherdsville, KY 40165-6002
```
The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2009          Signature:  _____Joseph Speetjens_____