UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
)
INTEGRITY MANUFACTURING, LLC )
) CASE NO. 09-34631
Debtor )
_____ )

ORDER GRANTING RELIEF FROM STAY
AND ABANDONMENT

Motion for relief from the automatic stay and for abandonment of certain assets, namely inventory and equipment, including manufactured trailers, having been made by the secured creditor, Eclipse Bank, Inc., in order that it may enforce security interests against property of the Debtor, any objections to same having been heard, and the Court having found that Debtor has no equity in the property and the property is not necessary to an effective administration of this case, that the creditor and others have valid security interests in the subject property, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that that the property of the Debtor, namely equipment and inventory, including manufactured trailers, is abandoned as property of the estate;

IT IS FURTHER ORDERED that the secured creditor, Eclipse Bank, Inc., is granted relief from the automatic stay in order to enforce its security interest against the assets of the Debtor, namely equipment and inventory, including manufactured trailers, and to pursue such enforcement through self-help remedies, as well as action to enforce

its remedies through actions in Bullitt Circuit Court, Action Number 08-CI-1658 and Jefferson Circuit Court, Division Five, Action Number 09-CI-02244.

# # # # #