# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:  
Integrity Manufacturing, LLC

Debtor(s)

Case No.:09−34631

Chapter: 7  
Judge: Thomas H. Fulton

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding Emergency Motion for Relief from Stay regarding regarding 7506 Trailers , Emergency Motion to Abandon regarding 7506 Trailers Filed by Creditor Action Capital Corporation [24]. Hearing scheduled for 10/1/2009 at 10:00 AM (Eastern Time) at Courtroom #2, 5th Fl. (7th St. Elevators), 601 West Broadway, Louisville, KY 40202. COUNSEL FOR THE MOVANT SHALL PROVIDE NOTICE OF THIS HEARING TO ALL INTERESTED PARTIES AND SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT INDICATING THAT SERVICE HAS BEEN COMPLETED. cc: sl (Estrada, A)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than ten (10) days prior to the scheduled hearing.

Dated: 9/23/09

By: ame  
Deputy Clerk

FOR THE COURT  
Diane S. Robl  
Clerk, U.S. Bankruptcy Court