UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                        )
                                              )
INTEGRITY MANUFACTURING, LLC    )
                                              )       CASE NO. 09-34631
        Debtor                                )
_____)

AGREED ORDER GRANTING
RELIEF FROM STAY AND ABANDONMENT

Motion for relief from the automatic stay and for abandonment of certain assets, namely inventory and equipment, including manufactured trailers, having been made by the Secured Creditor, Eclipse Bank, Inc., and the Secured Creditor, Debtor and Trustee having reached agreement, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that that the property of the Debtor, namely equipment and inventory, including manufactured trailers, is abandoned as property of the estate. However, if there shall be surplus proceeds realized after the sale or auction of the inventory and equipment, including the manufactured trailers, such surplus proceeds shall be turned over to the Trustee;

IT IS FURTHER ORDERED that the Secured Creditor, Eclipse Bank, Inc., is granted relief from the automatic stay in order to enforce its security interest against the assets of the Debtor, namely equipment and inventory, including manufactured trailers, and to pursue such enforcement through self-help remedies, as well as action to enforce its remedies through actions in Bullitt Circuit Court, Action Number 08-CI-1658 and Jefferson Circuit Court, Division Five, Action Number 09-CI-02244.

Have Seen and Agree:

/S/ Brian W. Hodge
Brian W. Hodge
Counsel for Eclipse Bank, Inc.
414 Kentucky Home Life Building
239 South Fifth Street
Louisville, Kentucky 40202
(502) 582-3711


/s/ Julie Brown Apperson
Julie Brown Apperson
Apperson Law Offices
7002 Woods Club Court
Louisville, Kentucky 40241
Counsel for Debtor


/s/Randall S. Scherer
Randall S. Scherer, Trustee
Pegasus Capital
13900 Harbour View Ct.
Prospect, KY 40059

# # # # #