UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: )
 )
INTEGRITY MANUFACTURING, LLC ) CASE NO. 09-34631
 ) CHAPTER 7
 DEBTOR )
_____ )

## ORDER

On motion of JPMorgan Chase Bank, NA, successor by merger to Bank One, NA (hereinafter "JPMorgan Chase"), and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the automatic stay imposed by 11 U.S.C. Section 362 be, and it is hereby terminated as to a 2008 Cadillac Escalade which serves as collateral for JPMorgan Chase's loan.

IT IS FURTHER ORDERED that Bankruptcy Rule 4001(a)(3) is not applicable so that JPMorgan Chase may immediately enforce and implement this Order granting relief from the automatic stay.

IT IS FURTHER ORDERED that JPMorgan Chase's above-described collateral is hereby abandoned, same having inconsequential value to the estate.

Prepared by:

/s/ Lisa Koch Bryant
Lisa Koch Bryant
Foley Bryant Holloway & Raluy
500 West Jefferson Street, Suite 2450
Louisville, Kentucky 40202
(502) 569-7550
COUNSEL FOR
JPMORGAN CHASE BANK, N.A.

Thomas H. Fulton
United States Bankruptcy Judge

Dated: November 18, 2009